**00–1193. State ex rel. Borger v. Cissell.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. It appears from the records of this court that relator has not filed a merit brief within ten days after the filing of evidence as prescribed by the court's order of August 30, 2000, and therefore has failed to prosecute this case with the requisite diligence. Upon consideration thereof, and in accordance with S.Ct.Prac.R. X(2),

IT IS ORDERED by the court that this cause be, and hereby is, dismissed, *sua sponte.*

**00–1646. State ex rel. Baumgardner v. Cuyahoga Cty. Bd. of Elections.**
In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition regarding an expedited election case. It appears from the records of this court that relators have not filed a brief and evidence, due September 28, 2000, in compliance with the Rules of Practice of the Supreme Court and therefore have failed to prosecute this case with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed, *sua sponte.*

*Monday, October 9, 2000*

## MOTION DOCKET

**00–1647. State ex rel. Baldzicki v. Cuyahoga Cty. Bd. of Elections.**
In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition regarding an expedited election matter. On October 2, 2000, relators filed a motion for leave to supplement the evidence, attaching the proposed supplemental evidence to the motion. Pursuant to Rule X, Section 9, relators were required to file any evidence within three days of respondent's answer. As such, relators' evidence was due on September 28, 2000. Because the deadlines have not been modified by order of this court, relators' motion contained evidence filed out of time. Upon consideration of relators' motion for leave to supplement the evidence,

IT IS ORDERED by the court, *sua sponte,* that relators' motion for leave to supplement the evidence be, and hereby is stricken as containing untimely filed evidence.

RESNICK, J., not participating.

## MISCELLANEOUS DISMISSALS

**99–1552. State ex rel. Ohio Patrolmen's Benevolent Assn. v. Mentor.**
In Mandamus. On August 16, 2000, this court granted in part and denied in part a writ of mandamus and granted attorney fees in part and ordered the parties to file a bill, documentation, and objections. Upon consideration of the joint motion to dismiss pending attorney fee issue upon settlement,

IT IS ORDERED by the court that the motion to dismiss pending attorney fee issue upon settlement be, and hereby is, granted.